■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NELSON PAGAN, Appellant. [60 NYS3d 828]—

Judgment, Supreme Court, New York County (Michael R. Sonberg, J.), rendered May 21, 2015, convicting defendant, after a nonjury trial, of harassment in the second degree, and sentencing him to a term of 15 days, unanimously affirmed.

The court properly exercised its discretion in admitting evidence of defendant's prior threatening or violent acts against the victim, his wife. This evidence was relevant to defendant's anger and motive to control his wife (*see People v Frankline*, 27 NY3d 1113, 1115 [2016]; *People v Dorm*, 12 NY3d 16, 19 [2009]), and defendant's argument that prior acts of domestic abuse must rise to a certain level of violence or frequency to be deemed relevant is unpersuasive. Any prejudicial effect was outweighed by probative value, and, in any event, the court at this nonjury trial is "presumed capable of disregarding the prejudicial aspect of the evidence" (*People v Tong Khuu*, 293 AD2d 424, 425 [1st Dept 2002], *lv denied* 98 NY2d 714 [2002]). Concur—Acosta, P.J., Renwick, Webber, Oing and Moulton, JJ.